UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
MOLECULAR DYNAMICS LTD., :
: 22 Civ. 4332 (PAE)
Plaintiff, :
: ORDER
-v- :
:
SPECTRUM DYNAMICS MEDICAL LIMITED, et al., :
:
Defendants. :
:
------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

On June 3, 2022, defendant Biosensors International Group Ltd. ("Biosensors") filed a motion to seal the exhibits attached to the affirmation of Frederick L. Whitmer, Esq. Dkt. 19. In accordance with the Court's Individual Rule 4.B.2, Biosensors is directed to "(a) publicly file the document[s] with the proposed redactions and (b) electronically file under seal a copy of the unredacted document with the proposed redactions highlighted" by tomorrow, June 7, 2022.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 6, 2022
       New York, New York