UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
MOLECULAR DYNAMICS LTD., :
: 22 Civ. 4332 (PAE)
Plaintiff, :
: ORDER
-v- :
:
SPECTRUM DYNAMICS MEDICAL LIMITED, et al., :
:
Defendants. :
:
:
:
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

Due to an ongoing civil jury trial, the hearing scheduled for 8:30 a.m. on Friday, June 10 will now begin at 8:00 a.m. the same day.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 8, 2022
      New York, New York