UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
MOLECULAR DYNAMICS LTD.,                                           :
                                                                   :     22 Civ. 4332 (PAE)
                                    Plaintiff,                     :
                                                                   :     ORDER
                -v-                                                :
                                                                   :
SPECTRUM DYNAMICS MEDICAL LIMITED, et al.,                         :
                                                                   :
                                    Defendants.                    :
                                                                   :
                                                                   :
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record today, the Court denied plaintiff's motion to remand and converted the temporary restraining order, Dkt. 12, into a preliminary injunction, subject to reassessment after further briefing by the parties.

At today's hearing, the Court set the following schedule:

- By June 21, 2022, the parties are to confer regarding proposed redactions to the sealed exhibits at dockets 13 and 20 and submit them to the Court in accordance with Individual Rule 4.B.

- By June 24, 2022, defendants are to file briefs in opposition to the continuation of the preliminary injunction.

- By July 8, 2022, plaintiff is to file its response.

The Clerk of the Court is respectfully directed to close the motion pending at docket 27.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 10, 2022
New York, New York